# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00480-CV

**In re State Farm Mutual Automobile Insurance Company**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

On this record, we cannot conclude the district court abused its discretion. Accordingly, we deny State Farm Mutual Automobile Insurance Company's petition for writ of mandamus.[1]

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Field

Filed: September 19, 2014

---

[1] *See* Tex R. App. P. 52.8(a).